■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY WILSON, Appellant. [887 NYS2d 924]—Appeal from a judgment of the Supreme Court, Erie County (Christopher J. Burns, J.), rendered October 22, 2007. The judgment convicted defendant, upon his plea of guilty, of attempted robbery in the first degree (two counts).

It is hereby ordered that the judgment so appealed from is

unanimously affirmed. Present—Martoche, J.P., Smith, Perado-tto, Green and Pine, JJ.